IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JUANITA PALACIOS
   Plaintiff

v.

FIRSTBANK PUERTO RICO
   Defendant

CV. 11-1420 (CVR)

## JUDGMENT

The Court, through the Honorable Magistrate Judge Camille L. Velez-Rive, entered an order on December 20, 2012 (Dkt. 83) approving the "Private Confidential Settlement Agreement" reached by the parties as informed to the Court and granting the oral motion for voluntary dismissal of all claims filed against defendant, and instructing the Clerk of Court to enter judgment in accordance with the same.

WHEREFORE, it is

**ORDERED AND ADJUDGED** that said agreement be, and is hereby binding between the parties, FURTHER, IT IS

**ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over said agreement executed by the parties for purposes of enforcing the same, FURTHER,

**IT IS ORDERED AND ADJUDGED** that the complaint be and is hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 21st day of December 2012.

FRANCES RIOS DE MORAN
CLERK OF COURT

S/ Yelitza Rivera-Buonomo
Deputy Clerk